# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ABERDEEN OKLAHOMA ASSOCIATES, )<br>   Defendant. ) | No. 2:23-cv-2288-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Jeremy Grey's Complaint (ECF No. 1), filed May 10, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 20), filed January 4, 2024, all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), costs taxed as paid.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 4, 2024
Date